IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| CATHERINE YANG WANG ANDERSON, | |
|---|---|
| Plaintiff, | 4:17-CV-3073 |
| vs. | ORDER |
| THE STATE OF NEBRASKA, et al., | |
| Defendants. | |

On the parties' Stipulation for Dismissal of Plaintiff's Claims against Defendant Kersten Borer (filing 527),

IT IS ORDERED:

1. The parties' stipulation (filing 527) is approved.

2. The plaintiff's claims against Kersten Borer are dismissed with prejudice, each party to pay her own costs.

3. Borer is terminated as a party to this action.

4. Borer's pending motion for summary judgment (filing 506) is denied as moot.

5. Borer's pending objection (filing 525) is overruled as moot.

Dated this 16th day of November, 2018.

BY THE COURT:

_____
John M. Gerrard
Chief United States District Judge