IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CATHERINE YANG WANG ANDERSON,,<br><br>Plaintiff,<br><br>vs.<br><br>THE STATE OF NEBRASKA, COUNTY OF DOUGLAS, NEBRASKA DEPARTMENT OF HEALTH AND HUMAN SERVICES, NEBRASKA FAMILIES COLLABORATIVE, MARK GENTILE, BRENDA WHEELER, CHAD A. MILLER, JENNIFER WHITE, DEANNA "NINA&QUOT SHELLER, SARA SMITH, EVAN WINANS, NICOLE PAUL, ANNA RICHARDSON, DAVID NEWELL, ANNE PETZEL, JENNIFER RICHEY, CARLA HEATHERSHAW-RISKO, PAPILLION LAVISTA COMMUNITY SCHOOLS, CHRISTIAN HERITAGE CHILDREN'S HOME, JOHN DOES 1-15, DANIEL LITTLE, PROJECT HARMONY, LISA A. JOHNSON, SUZANNE HANEY, M.D.; and MELISSA NANCE,,<br><br>Defendants. | 4:17CV3073<br><br>**ORDER** |

This matter is before the Court on Joshua Barber's Motion to Withdraw as Counsel for Plaintiff ([Filing No. 573](#)). Mr. Barber has advised that Plaintiff directed him to withdraw as counsel and that Plaintiff was provided a copy of the Motion to Withdraw. Under these circumstances, the Motion to Withdraw will be granted.

**IT IS ORDERED:**

1. The Motion to Withdraw as Counsel for Plaintiff ([Filing No. 573](#)) is granted.

2. Mr. Barber shall immediately serve a copy of this Order on Plaintiff and thereafter file proof of service showing compliance with this Order, listing the names and addresses of the persons to whom notice was sent. Mr. Barber will not be relieved of applicable duties to the Court, Plaintiff, and opposing counsel until proof of service is filed.

3. Upon the filing of proof of service pursuant to Paragraph 2 of this Order, Plaintiff will be deemed to be proceeding *pro se*, that is, without the assistance of counsel, unless substitute counsel has entered a written appearance on her behalf. If substitute counsel has not entered a written appearance, Plaintiff shall file a written notice with the Clerk of Court, notifying the Court of Plaintiff's current address and telephone number. Plaintiff shall do so within five (5) business days of being served with this Order. Plaintiff may retain substitute counsel at any time. However, until such time as substitute counsel enters a written appearance, Plaintiff shall comply with all orders of this Court, the Federal Rules of Civil Procedure, and the Local Rules of Practice. Failure to comply with these requirements may result in the imposition of sanctions, including payment of costs and attorneys' fees, and/or dismissal of this action. Upon Mr. Barber's submission of proof of service as described in Paragraph 2 of this Order, the Clerk of Court shall terminate his appearance and terminate further notices to him in this case.

Dated this 14th day of August, 2019.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge