# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CATHERINE YANG WANG ANDERSON,<br><br>Plaintiff,<br><br>vs.<br><br>THE STATE OF NEBRASKA, COUNTY OF DOUGLAS, NEBRASKA DEPARTMENT OF HEALTH AND HUMAN SERVICES, NEBRASKA FAMILIES COLLABORATIVE, MARK GENTILE, BRENDA WHEELER, CHAD A. MILLER, JENNIFER WHITE, DEANNA "NINA&QUOT SHELLER, SARA SMITH, EVAN WINANS, NICOLE PAUL, ANNA RICHARDSON, DAVID NEWELL, ANNE PETZEL, JENNIFER RICHEY, CARLA HEATHERSHAW-RISKO, PAPILLION LAVISTA COMMUNITY SCHOOLS, CHRISTIAN HERITAGE CHILDREN'S HOME, JOHN DOES 1-15, DANIEL LITTLE, PROJECT HARMONY, LISA A. JOHNSON, SUZANNE HANEY, M.D.; and MELISSA NANCE,<br><br>Defendants. | 4:17CV3073<br><br>ORDER TO SHOW CAUSE |

This matter is before the Court on Defendants' Motion to Show Cause (Filing No. 624). On December 23, 2019, an order (Filing No. 622) was entered by this Court granting Defendants' Motion to Compel, (Filing No. 621) and ordering Plaintiff to provide Rule 26 disclosures no later than December 30, 2019.

Defendants' Motion to Show Cause indicates that Plaintiff has failed to comply with the Court's order and Federal Rules of Civil Procedure. The Motion further states that Plaintiff has not responded to written discovery.

Accordingly,

**IT IS ORDERED** that Defendants' Motion to Show Cause (Filing No. 624) is granted. On or before **January 21, 2020**, Plaintiff show cause by written affidavit why she has not: (1) complied with the Federal Rules of Civil Procedure and Court rules; (2) complied with the orders of this Court; and (3) responded to written discovery. **Failure to comply with this Order will**

**result in the imposition of sanctions, which may include a recommendation that this case be dismissed.**

Dated this 6th day of January, 2020.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge