IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CATHERINE YANG WANG
ANDERSON,

                    Plaintiff,

vs.

THE STATE OF NEBRASKA, et al.,

                    Defendants.

4:17-CV-3073

ORDER

This matter is before the Court on the plaintiff's motion to extend (filing 665) and the Court's own order to show cause of May 27, 2020 (filing 659). The Court will deny the motion to extend, and dismiss Lisa A. Johnson and John Does 1-15 as defendants. The Court has already explained, in some detail, why the plaintiff's need to retain new counsel does not justify further delay in the progression of this case. *See* filing 664. Service of process on Johnson was plainly deficient. *See* filing 659 at 2-3. And there is no reason to believe, three years into this case, that the "John Doe" defendants will ever be identified, much less served with process. Accordingly, cause not having been shown,

IT IS ORDERED:

1.     The plaintiff's motion to extend (filing 665) is denied.

2.     The plaintiff's claims against Lisa A. Johnson are dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m), and Johnson is terminated as a party.

3.     The plaintiff's claims against John Does 1-15 are dismissed
       without prejudice pursuant to Fed. R. Civ. P. 4(m), and they
       are terminated as parties.

Dated this 9th day of June, 2020.

                                    BY THE COURT:

                                    _John M. Gerrard_____
                                    John M. Gerrard
                                    Chief United States District Judge